IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs. 4:11CR00163-01-BRW

DEANDRA CORTEZ SMITH

## ORDER

On March 29, 2013, Defendant Deandra Cortez Smith appeared before the Court for a sentencing hearing. Mr. Smith orally moved for substitution of counsel, and there was no objection from Mr. Tarver or the Government. The Motion is GRANTED. David R. Cannon will be substituted as counsel of record for this defendant, and Mr. Tarver will be relieved. The Clerk is directed to make this substitution on the Court's docket and a CJA20 Voucher will be forwarded to Mr. Cannon.

IT IS SO ORDERED this 29th day of March, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

ordsub.atty.CJA.wpd